UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 19-CR-00518

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOSE AURELIO SANCHEZ ARGUELLO,

     Defendant.

_____/

## UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE CURRENTLY SET FOR SEPTEMBER 27, 2021

COMES NOW, the Defendant, JOSE AURELIO SANCHEZ ARGUELLO, by and through his undersigned counsel, and respectfully files his Unopposed Motion to Adjourn the Status Conference currently set for September 27, 2021 before the Honorable Naomi Reice Buchwald in the above-captioned case and in support of this Motion would show unto this Court as follows:

1. This matter has been assigned to the Honorable Judge Naomi Reice Buchwald in the Southern District of New York and is set for Status Conference on September 27, 2021 at 10:30 a.m.

2. The undersigned counsel has communicated with Assistant United States Attorney Jason Richman and both counsel for co-defendants who have expressed that they have no objection to a short adjournment and the

undersigned agreed to coordinate a mutually available date and time to reset the status conference.

3.  The undersigned counsel has also filed a Notice of Unavailability on August 26th, 2021 (DE 19) which states that counsel is unavailable from September 14, 2021 until October 4, 2021 due to a prepaid Mission Trip that was booked several months ago.

4.  Attorneys Avraham C. Moskowitz and Marne Lenox have the following availability in common the week of October 4, 2021, in order to reset the Status Conference for all parties to be able to attend: October 4, 2021 in the afternoon; October 5 after 10:00 a.m.; October 6 after 1:00 p.m.; October 7 all day and October 8, 2021 morning until noon.

Wherefore, the undersigned counsel respectfully requests this Honorable Court to adjourn the Status Conference currently set on September 27, 2021 until the week of October 4th, 2021, on any dates and times listed herein wherein all parties are available.

Application granted.  The conference scheduled for September 27, 2021 at 10:30 a.m. is adjourned until October 5, 2021 at 10:30 a.m.  The Court excludes time under the Speedy Trial Act until that date.  See 18 U.S.C. § 3161(h)(7)(A.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, N.Y.
         September 2, 2021.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true copy of the foregoing instrument was filed with the Clerk of the Court on this 31st day of August, 2021.

Respectfully Submitted,

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
7700 North Kendall Drive, Suite 604
Miami, FL 33156
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

BY: *<u>/s/ Victor E. Rocha, Esq.</u>*
        Victor E. Rocha, Esq.
        NY Bar No.: VR9648