UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSE AURELIO SANCHEZ ARGUELLO

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER OF
JUDICIAL REMOVAL

19 Cr. 518 (NRB)

Upon the application of the United States of America, by Jason Richman, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JOSE AURELIO SANCHEZ ARGUELLO, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and a citizen of Colombia.

3. The defendant was paroled into the United States at New York, New York on September 1, 2021.

4. The defendant was granted a Significant Public Benefit Parole, for the purpose of criminal prosecution.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, for: (1) Participating in a conspiracy to (i) import five or more kilograms of cocaine into the United States, (ii) manufacture and distribute five or more kilograms of cocaine, intending, knowing, and having

reasonable cause to believe that it would be unlawfully imported into the United States, and (iii) manufacture, distribute, and possess with intent to distribute five or more kilograms of cocaine on board an aircraft registered in the United States, in violation of Title 21, United States Code, Sections 963, 952(a), 959(a), 959(c), 960(a)(1), 960(a)(3), and 960(b)(1)(B); and 2) Attempting to import five kilograms or more of cocaine into the United States, in violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1)(B).

6. The total maximum sentence of incarceration for Count One carries is life imprisonment; a mandatory minimum term of 120 months' imprisonment; a maximum term of supervised release of life; and a mandatory minimum term of 60 months' supervised release. The total maximum sentence of incarceration for Count One is a maximum term of life imprisonment; a mandatory minimum term of 120 months' imprisonment; a maximum term of supervised release of life; and a mandatory minimum term of 60 months' supervised release.

7. The defendant is inadmissible and subject to removal pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien convicted of acts which constitute a crime involving moral turpitude; Section 212(a)(2)(A)(i)(II) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(II), as an alien who has been convicted of, or who admits having committed acts which constitute the essential elements of, a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance; Section 212(a)(2)(C) of the INA, 8 U.S.C. § 1182(a)(2)(C), as an alien that a consular or immigration officers knows or has reason to believe is or has been an illicit trafficker in any controlled substance or has been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking in any such controlled substance; and Section 212(a)(7)(A)(i)(1) of the INA, 8 U.S.C. § 1182(a)(7)(A)(i)(1),

as an applicant for admission who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document.

8. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

10. The defendant has designated Colombia as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated:   New York, New York
         November 15, 2022

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE